James Lee Turner, Assistant US Attorney, Houston, TX, for Plaintiff–Appellee.

Arthur Maxfield, #14163–179, pro se, Federal Detention Center, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Counsel for Arthur Maxfield has moved for leave to withdraw from this appeal and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Arthur MAXFIELD, Defendant–Appellant.**

**No. 03–20455.**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2004.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.